**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAREN BATSON-LOWRY,<br>*Plaintiff,*<br>v.<br>COUNTY OF BUCKS,<br>*Defendant.* | CIVIL ACTION<br>NO. 26-4536 |

**ORDER**

**AND NOW**, this 30th day of October, 2026, upon consideration of Bucks County's Motion to Dismiss (Dkt. No. 13), Karen Batson-Lowry's Response in Opposition (Dkt. No. 14) and Bucks County's Reply in Support (Dkt. No. 15), it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows**.**

1. Batson-Lowry's discrimination and retaliation claims in Count I are **DISMISSED without prejudice.**
2. Batson-Lowry's hostile work environment claim in Count I is **DISMISSED with prejudice.**
3. Count II is **DISMISSED with prejudice.**
4. Batson-Lowry's demand for punitive damages is **STRICKEN.**[1]
5. The motion is **DENIED** as to Batson-Lowry's failure to accommodate claim in Count I.
6. Batson-Lowry may file an Amended Complaint on her discrimination and retaliation claims in Count I on or before **Friday, November 13, 2026.**

[1] Batson-Lowry is no longer seeking punitive damages. (Pl.'s Resp. in Opp. at 7 n.2, Dkt. No. 14.)

BY THE COURT:

***/s/ Gerald J. Pappert***

Gerald J. Pappert, J.